UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 25-MJ 00287 (GMH) |
| : | |
| KADI JALLOH, : | |
| : | |
| Defendant. : | |
| : | |

**GOVERNMENT'S MOTION TO DISMISS**

The United States, by and through the United States Attorney, hereby moves to dismiss the above-captioned matter. The Defendant, Kadi Jalloh, appeared before this Court on December 22, 2025, and complied with the Court's order to appear for an initial appearance before the United States District Court for the Eastern District of Kentucky on January 5, 2026. The Government therefore moves to dismiss this matter.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:   */s/ Travis Wolf*
Travis Wolf
Assistant United States Attorney
Bar Number 5483243
601 D Street NW
Washington, DC 20579
Travis.Wolf@usdoj.gov
(202) 803-1670

# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Case No. 25-MJ 00287 (GMH)** |
| : | |
| **KADI JALLOH,** : | |
| : | |
| **Defendant.** : | |
| : | |

## ORDER

Upon consideration of the Government's Motion to Dismiss, it is hereby this ____ day of _____ January, 2026, hereby

**ORDERED**, that the matter be dismissed.

_____
G. Michael Harvey
United States Magistrate Judge